IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STEVEN A. BRIGANCE                                               PLAINTIFF

    vs.        CASE No. 06-CV-2027

EQUIFAX, et al.                                                  DEFENDANTS

### ORDER

Now on this 6th day of March, 2006, there comes on for consideration the plaintiff's Motion for Leave to Withdraw (#13), Motion to Extend Deadline to Request a Trial By Jury (#14), and Motion to Extend Time to Respond to Motion to Dismiss of Citimortgage, Inc. (#15) in the above-styled cause. The Court, being well and sufficiently advised in the premises, finds that:

Robert M. Honea is hereby permitted to withdraw as attorney of record for the plaintiff in the above-styled cause, and the plaintiff is given until April 20, 2006 to retain other counsel. Additionally, the plaintiff is given until June 5, 2006, to request a trial by jury and to respond to Citimortgage's motion to dismiss.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
    Robert T. Dawson
    United States District Judge